IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BERNICE MARTINEZ,

    Plaintiff,

vs.                            No. 1:13-CV-01115-RB-SCY

BOARD OF COMMISSIONERS
FOR McKINLEY COUNTY,

    Defendant.

## **ORDER**

THIS MATTER having come before the Court on the parties' Joint Motion to Extend Deadlines [Doc. 32] and the Court having reviewed the Motion and being fully advised in these premises FINDS that the motion is well-taken and granted.

IT IS THEREFORE ORDERED that the Scheduling Order [Doc. 15] is amended as follows:

Defendants' expert witnesses/reports are due October 24, 2014;

Discovery deadline is November 28, 2014;

Motions related to discovery due on or before December 12, 2014.

Pretrial motions, including dispositive motions are due on or before January 26, 2015; and

The Pretrial Order is to be submitted to the Court by April 10, 2015.

                        /s/ Steven C. Yarbrough_____
                        THE HONORABLE STEVEN C. YARBROUGH